# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES E. BRANSCUM, JR.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17 C 459 |
| **CAROLYN W. COLVIN**, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

In a swift response to this Court's sua sponte January 25 memorandum order in this Social Security action by Charles Branscum, Jr. ("Branscum"), his counsel has filed a comprehensive explanation that confirms the actual date of receipt of the Social Security Administration ("SSA") notice of denial of Branscum's request for review -- and hence confirms the timeliness of this action. Given that confirmation, this Court orders that the action is to proceed in the ordinary course, and this Court will await from Branscum's counsel or counsel for the SSA or both a timetable for the customary cross-motions for summary judgment.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 2, 2017